CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFFREY P. MITCHELL (CABN 236225)
Chief, Criminal Division

DANIEL N. KASSABIAN (CABN 215249)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:   (415) 436-7034
    Facsimile:   (415) 436-7234
    daniel.kassabian@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:26-CR-00088-CRB |
|     Plaintiff, | UNITED STATES' ADMINISTRATIVE MOTION TO FILE OUT OF TIME AND EXCEED PAGE LIMITS AND [~~PROPOSED~~] ORDER |
|   v. | |
| ISAAC KEBIN GONZALES-CHAVAC, | |
|     Defendant. | |

MOTION

The United States respectfully seeks leave of this Court to file its Opposition To Defendant's Motion To Dismiss Indictment With Prejudice, and the Declaration Of Daniel N. Kassabian In Support Of United States' Opposition To Defendant's Motion To Dismiss Indictment With Prejudice on April 22, 2026. The defendant's motion [Dkt. No. 25] was filed on April 3, 2026, and noticed its hearing on April 29, 2026. Crim. L. R. 47-2 sets the default time for a motion to be heard as 14 days after the date it is served, sets the deadline to file any opposition as 7 days after the motion is filed, and the deadline to file any reply as due 4 days after the opposition is due. In this instance, the opposition required significantly more time than 7 days to prepare in order to gather evidence, which are set forth in the opposition's exhibits, from the San Mateo County District Attorney's Office  Superior Court and

Immigration and Customs Enforcement.  Additional time also was needed to conduct research on the issues raised.  In particular, research was needed into how deportation proceedings are conducted, and how persons in deportation proceedings are afforded due process, including access to counsel.  In addition, the issues raised in the motion are the subject of several recent district court decisions with competing views and outcomes, all of which needed time to gather and review.  The amount of research that was needed is exemplified by the opposition's table of authorities.  For the same reasons, the opposition is 28 pages, which is in excess of the 25-page limit in Civ. L. R. 7-3(a).  Accordingly, there is good cause for the Court to grant the government leave to file its opposition of 28 pages on April 22, 2026.  The opposition has been submitted under seal, subject to a separate administration motion.

The government has offered to the defense to continue the hearing on the motion to allow it more time than contemplated under Crim. L. R. 47-2 to file a reply should the defense wish to do so.  The government also does not object to the defense's reply exceeding the 15-page limit in Civ. L.R. 7-3(c).

DATED: April 22, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
Acting United States Attorney

_____/s/_____
DANIEL N. KASSABIAN
Assistant United States Attorney

ORDER

For good cause as stated therein, the United States' Administrative Motion To File Out Of Time And Exceed Page Limits is GRANTED.  It is HEREBY ORDERED that the government is granted leave to file its opposition of 28 pages on April 22, 2026.

IT IS SO ORDERED.

DATED: April 23, 2026

_____
HONORABLE CHARLES R. BREYER
Senior United States District Judge

2076-0496-8451, v. 1

ADMIN MOTION & ORDER                         2
No. 3:26-CR-00088-CRB