UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| USA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ISAAC KEBIN GONZALES-CHAVAC,<br><br>　　　　　Defendant. | Case No.  3:26-cr-00088-CRB-1<br><br>**ORDER FOR TRANSCRIPT**<br><br>Re: Dkt. No. 12 |

On March 9, 2026, a hearing was held in the above-entitled action. Production of the transcript of for the Court of the digitally recorded matter from 1:10- 2:27 is necessary for resolution of this matter.

Accordingly, the transcript of this proceeding is to be prepared on the following basis:

( )  Ordinary (within 30 days @ $3.25 per page).

( )   14-Day (within 14 days @ $3.85 per page).

( )   Expedited (within 7 days @ $4.45 per page).

( )   3-Day Transcript (within 3 days @ $5.05 per page).

( X )   Daily (overnight @ $5.65 per page).

( )   Hourly (within 2 hours of receipt of the order @ $6.85 per page).

The Clerk is directed to pay the transcriber the cost of preparing the transcript at the rate indicated above, and in accordance with the requirements of the Judicial Conference of the United States, as set forth in the Guide to Judiciary Policies and Procedures.

**IT IS SO ORDERED.**

Dated: June 29, 2026

_____

CHARLES R. BREYER
United States District Judge